# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR23-126 WHO

UNITED STATES OF AMERICA,

V.

VO NGUYEN,

FILED

May 02 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 111(a) and (b) – Assault on a Federal Employee with a Deadly or Dangerous Weapon
18 U.S.C. § 1114 – Attempted Murder of an Employee of the United States
18 U.S.C. § 924(c)(1) – Using, Carrying, or Possessing a Firearm in Connection with a Crime of Violence
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 2nd day of

May 2023.

Clerk

Bail, $ No Bail

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

FILED

May 02 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VO NGUYEN,<br><br>    Defendant. | CASE NO. CR23-126 WHO<br><br>VIOLATIONS:<br>18 U.S.C. § 111(a) and (b) – Assault on a Federal Employee with a Deadly or Dangerous Weapon<br>18 U.S.C. § 1114 – Attempted Murder of an Employee of the United States<br>18 U.S.C. § 924(c)(1) – Using, Carrying, or Possessing a Firearm in Connection with a Crime of Violence<br>18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation<br><br>SAN FRANCISCO VENUE |

# INDICTMENT

The Grand Jury charges:

COUNT ONE:     (18 U.S.C. §§ 111(a) and (b) – Assault on a Federal Employee with a Deadly or Dangerous Weapon)

On or about April 1, 2023, in the Northern District of California, the defendant,

VO NGUYEN,

did intentionally and willfully forcibly assault, impede, intimidate, and interfere with D.C., an employee of the United States Postal Service, an agency within the executive branch of the United States Government, while D.C. was engaged in the performance of his official duties and on account of such

INDICTMENT

duties, and used a deadly or dangerous weapon, namely, a Sig Sauer 9mm pistol bearing serial number U843219, in the commission of such acts, all in violation of Title 18, United States Code, Sections 111(a) and (b).

COUNT TWO:     (18 U.S.C. § 1114(a)(3) – Attempted Murder of an Employee of the United States)

On or about April 1, 2023, in the Northern District of California, the defendant,

VO NGUYEN,

did, with premeditation and malice aforethought, attempt to unlawfully kill D.C., an employee of the United States Postal Service, an agency within the executive branch of the United States Government, while D.C. was engaged in the performance of his official duties and on account of such duties, all in violation of Title 18, United States Code, Section 1114(a)(3).

COUNT THREE:     (18 U.S.C. § 924(c)(1) – Using, Carrying, and Discharging a Firearm in Connection with a Crime of Violence)

On or about April 1, 2023, in the Northern District of California, the defendant,

VO NGUYEN,

did knowingly carry, use, brandish, and discharge a firearm, namely, a Sig Sauer 9mm pistol bearing serial number U843219, during and in relation to the crimes of violence charged in Counts One and Two of this Indictment, and did knowingly possess said firearm in furtherance of the crimes of violence charged in Counts One and Two of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

FORFEITURE ALLEGATION:     (18 U.S.C. §§ 924, 981, and 28 U.S.C. § 2461(c))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and 981, and Title 28, United States Code, Section 2461(c).

Upon conviction of offenses set forth above, the defendant,

VO NGUYEN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense or offenses and any property, real or personal, which constitutes or is

INDICTMENT                                              2

derived from proceeds traceable to the offense or offenses, including but not limited to the following property:

    a. One semiautomatic Sig Sauer 9mm bearing serial number U843219; and

    b. All ammunition seized along with any magazine, including a magazine containing eleven rounds of .40 caliber ammunition.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Sections 924(d), 981, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: May 2, 2023                                                                A TRUE BILL.

                                                                            */s/ Foreperson*
                                                                            FOREPERSON

ISMAIL J. RAMSEY
United States Attorney

*/s/ Kelsey C. Davidson*
Kelsey C. Davidson
Assistant United States Attorney

INDICTMENT                                      3

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 111(a) and (b) – Assault on a Federal Employee with a Deadly or Dangerous Weapon
18 U.S.C. § 1114 – Attempted Murder of an Employee of the United States
18 U.S.C. § 924(c)(1) – Using, Carrying, or Possessing a Firearm in Connection with a Crime of Violence

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: §111(a) and (b) and §1114: maximum 20 years' imprisonment, $250,000 fine, maximum 3 years' supervised release,
§924(c): minimum 10 years and maximum life imprisonment, $250,000 fine, maximum 5 years' supervised release,
For all 3: $100 special assessment, forfeiture, potential deportation

Name of District Court, and/or Judge: NORTHERN DISTRICT OF [CALIFORNIA], SAN FRANCISCO D[IVISION]

**FILED**
May 02 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**DEFENDANT - U.S**
▶ Vo Nguyen

DISTRICT COURT NUMBER
CR23-126 WHO

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
USPS Inspector Albert Roriguez

☒ person is awaiting trial in another Federal or State Court, give name of court
SF Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Ismail J. Ramsey
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Kelsey C. Davidson

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
SF Superior Court

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year  April 1, 2022
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:          Before Judge:

Comments: