1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2
    THOMAS A. COLTHURST (CABN 99493)
3   Chief, Criminal Division

4   KELSEY C. DAVIDSON (CABN 322323)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6959
7       Fax: (415) 436-7027
        kelsey.davidson@usdoj.gov
8
    Attorneys for United States of America
9

```
        FILED

      May 02 2023

    Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
    SAN FRANCISCO
```

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

                   SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,              )  NO.:   CR23-126  WHO
                                           )
14          Plaintiff,                      )  MOTION FOR SEALING ORDER
                                           )
15      v.                                  )  **UNDER SEAL**
                                           )
16  VO NGUYEN,                              )
                                           )
17          Defendant.                      )

18  _____

19          The United States, by and through its counsel, Assistant United States Attorney Kelsey Davidson,

20  moves this Court for an order sealing the government's application for a sealing order, the sealing order,

21  the complaint, arrest warrant, and all attachments in the above-referenced case.  Disclosure of the specified

22  documents might jeopardize the defendant's arrest.  The United States requests that the arrest warrant be

23  unsealed after it has been executed.

24          Accordingly, the United States requests that the Court seal these documents, except that the Clerk

25  of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office.

26  The United States further requests that the United States Attorney's Office be permitted to share these

27  documents as necessary to comply with its discovery obligations, and with the United States Postal

28  Service.

MOTION FOR SEALING ORDER              1

1    DATED:  April 30, 2023                    Respectfully submitted,

2                                              ISMAIL J. RAMSEY
                                               United States Attorney
3

4                                              */s/ Kelsey C. Davidson*
                                               KELSEY C. DAVIDSON
5                                              Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR SEALING ORDER                    2